UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Case No. 21-12192 |
| Plaintiff, | Stephanie Dawkins Davis United States District Judge |
| v. | |
| AUBURNMOST PROPERTY, LLC, *et al*., | |
| Defendants. _____/ | |

**NOTICE OF RULE 16 SCHEDULING CONFERENCE
AND RULE 26 JOINT DISCOVERY PLAN DEADLINE**

Take notice that the above-entitled case has been set for a Telephonic Rule 16 Scheduling Conference on **March 11, 2022 at 1:45 p.m**. before the Honorable Stephanie Dawkins Davis.  The parties are to use the following call-in information: Call-In Number: 877-336-1280 and Access Code: 5174137.

Before the Scheduling Conference, pursuant to Rule 26(f)(2), the attorneys of record are jointly responsible for the preparation of a discovery plan that includes the information identified in Rule 26(f)(3) and may also include reference to the issues listed in Rule 16(c)(2) if relevant.  Rule 26(f)(1) requires that the parties confer no later than 21 days before the scheduling conference and develop a proposed discovery plan.  This plan must be submitted to the Court at least seven days before the date of the Rule 16 Scheduling Conference date identified above.

1

Date: February 3, 2022                    s/Stephanie Dawkins Davis
                                          Stephanie Dawkins Davis
                                          United States District Judge